Daniel WATLINGTON, Plaintiff—
Appellant,

v.

Debbie CARTER; Marshal George
Benya, Defendants—
Appellees,

and

Sharon L. Johnson; Sergeant
Bailey, Defendants.

No. 08–6175.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 11, 2008.

Decided: Sept. 16, 2008.

Daniel Watlington, Appellant Pro Se.
E. Holt Moore, III, Wilmington, North
Carolina; Steve R. Matheny, Assistant
United States Attorney, Raleigh, North
Carolina, for Appellees.

Before WILKINSON and NIEMEYER,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Daniel Watlington appeals the district
court's order denying relief on his com-
plaint filed pursuant to *Bivens v. Six Un-
known Named Agents of Fed. Bureau of*
*Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29
L.Ed.2d 619 (1971), and 42 U.S.C. § 1983
(2000). He contends that Defendant Car-
ter failed to timely file her motion for
summary judgment, so the district court
erred in considering that motion. Howev-
er, the motion was timely in accordance
with Fed.R.Civ.P. 56(c). Similarly, Defen-
dant Benya's motion to dismiss or for sum-
mary judgment was filed within the exten-
sion period granted by the district court,
and thus is deemed timely. Accordingly,
we affirm. *Watlington v. Johnson,* No.
5:05–ct–00761–FL (W.D.N.C. Jan. 8, 2008).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED.*